THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0147

IN THE MATTER OF:

D.A.D., M.J.D., and C.M.D.,

    Youths in Need of Care.

## ORDER

Upon consideration of the State's Unopposed Motion to Consolidate, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee's Motion is GRANTED and Cause Nos. DA 20-0147 (*In re D.A.D.*), DA 20-0148 (*In re M.J.D.*) and DA 20-0149 (*In re C.M.D.*) are hereby consolidated under **Cause No. DA 20-0147.**

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2020